UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00551-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO GUZMAN-VALLE,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Government's Motion to Postpone Sentencing filed August 17, 2006, is **GRANTED**. The sentencing hearing set for Wednesday, August 23 , 2006, at 4:00 p.m. is **VACATED** and **RESET** to **Tuesday, October 24, 2006, at 9:00 a.m.**

    All motions for downward departure shall be filed not later than **seven (7) days** prior to the date of sentencing. Motions for acceptance of responsibility and motions to dismiss counts/indictment, and proposed orders shall be filed not later than **forty-eight (48) hours** prior to the date of sentencing. Proposed orders shall also be electronically submitted to the chambers e-mail account. This deadline does not in any way alter or affect deadlines for the filing of objections or other pleadings established pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

    Dated: August 17, 2006