# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | October 24, 2006 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Adriana Weisz |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **05-cr-00551-WYD**     Counsel:

UNITED STATES OF AMERICA,             Stephanie Podolak

      Plaintiff,

v.

**1. FRANCISCO JAVIER GUZMAN-VALLE**,     Normando R. Pacheco

      Defendant.
_____

## SENTENCING
_____

**9:16 a.m.**     Court in Session - Defendant present (in-custody)

      **Change of Plea Hearing - Thursday, May 25, 2006, at 4:00 p.m.**
      **Plea of Guilty - count seven of Indictment**

      APPEARANCES OF COUNSEL.

      Interpreter sworn (Spanish)

      Court's opening remarks.

9:17 a.m.     Statement on behalf of Defendant (Mr. Pacheco).

9:21 a.m.     Statement on behalf of Government (Ms. Podolak).

9:22 a.m.     Statement on behalf of Defendant (Mr. Pacheco).

9:23 a.m.     Statement on behalf of Government (Ms. Podolak).

Judge Wiley Y. Daniel
05-cr-00551-WYD - Sentencing Minutes

---

9:29 a.m.        Statement on behalf of Defendant (Mr. Pacheco).

9:31 a.m.        Statement by Defendant on his own behalf (Mr. Guzman-Valle).

                 Court makes findings.

**ORDERED:**    Government's Motion for Downward Departure Pursuant to 5K1.1 (#62 - 10/18/06) is **GRANTED.**

**ORDERED:**    Government's Motion for Decrease for Acceptance of Responsibility (#63 - 10/18/06) is **GRANTED.**

**ORDERED:**    Defendant be **imprisoned** for **30** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate facility in the state of Colorado.**

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:    Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)    Defendant shall not unlawfully possess controlled substances.

Judge Wiley Y. Daniel
05-cr-00551-WYD - Sentencing Minutes

---

        (X)        The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the offense is not drug related, and there is no current or past history of substance abuse.

        (X)        The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

        (X)        If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government's Motion to Dismiss Counts (#64 - 10/18/06) is **GRANTED.**

        Order Dismissing Counts is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:40 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :24**