IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cr-00551-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANCISCO GUZMAN-VALLE,

      Defendant.

---

## ORDER

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

DATED this 24th day of October, 2006.


s/ Wiley Y. Daniel
United States District Judge