IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cr-00551-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO GUZMAN-VALLE,

    Defendant.

---

ORDER DISMISSING REMAINING COUNTS

---

    UPON THE MOTION OF THE UNITED STATES, and after review of the Plea Agreement in this case, it is hereby

    ORDERED that, as to the defendant FRANCISCO GUZMAN-VALLE, all remaining counts of the above-captioned indictment, other than the Count of Conviction, are dismissed, with prejudice, for the reasons set forth in the defendant's Plea Agreement.

    DATED this 24th day of October, 2006.

                                             s/ Wiley Y. Daniel
                                             United States District Judge